**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | * | Case No. 2:20-cv-4703 |
| | | Morrison, J. |
| *Plaintiffs,* | * | Vascura, M.J. |
| | * | |
| v. | | |
| | * | |
| **THE NAPP-GRECCO COMPANY,** | | **NOTICE OF SETTLEMENT/** |
| | * | **STATUS REPORT** |
| *Defendant.* | | |
| | * | |

    The parties have reached a settlement, requiring three payments over the course of three months.  One payment has been made, and two more will be paid over the next six weeks. As such, Plaintiffs request the Court to enter a conditional order of dismissal as follows:

> It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

    Respectfully submitted,

MANGANO LAW OFFICES CO., LPA

s/Ryan K. Hymore
Ryan K. Hymore (0080750)
3805 Edwards Road, Suite 550
Cincinnati, Ohio 45209
T: (513) 255-5888/F: (216) 397-5845
rkhymore@bmanganolaw.com

*Counsel for Plaintiffs*

**PROOF OF SERVICE**

      I hereby certify that a copy of the foregoing response was filed electronically this 19th day of March 2021. Service shall be made via the Court's electronic filing system to all parties registered. Further, service shall be made upon the following unrepresented Defendant by first class U.S. mail and email on this 19th day of March 2021 at the following address:

>Victor Nekrasovas
>Payroll Administrator
>The Napp-Grecco Company
>1500 McCarter Hwy
>Newark, NJ 07104
>Email: victor@napp-grecco.com

      s/Ryan K. Hymore