UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARDS OF TRUSTEES OF
OHIO LABORERS BENEFITS,

    Plaintiff,

    v.

Civil Action 2:20-cv-4703
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

THE NAPP-GRECCO COMPANY,

    Defendant.

## ORDER

The parties reported this case as settled on March 19, 2021. (ECF No. 14.) Accordingly, it is **ORDERED** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

    **IT IS SO ORDERED**.

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE